# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2019

158092 & (20) (21)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROGER LLOYD,
      Defendant-Appellant.

SC: 158092
COA: 341320
Oceana CC: 13-010095-FC

_____/

On order of the Court, the application for leave to appeal the June 4, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for counsel and the motion for evidentiary hearing are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2019



Clerk

t0520